UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FILED UNDER SEAL |
| Plaintiff, | ) ) ) | CR. No. 23-20167 TLP-cgc |
| v. | ) ) ) | 18 U.S.C. § 2 18 U.S.C. § 844(i) 18 U.S.C. § 844(n) |
| DANTONI COLBERT, and EDWARD MATTHEWS, | ) ) ) | |
| Defendants. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning or about February 5, 2023, and continuing to on or about February 7, 2023, in the Western District of Tennessee, the defendants,

**DANTONI COLBERT and
EDWARD MATTHEWS**

conspired with each other, and with other persons known and unknown to the Grand Jury, to commit offenses against the United States, that is, to maliciously damage, by means of fire, buildings used in interstate commerce and in activities affecting interstate commerce, in violation of Title 18, United States Code, Section 844(i), in violation of Title 18, United States Code, Section 844(n).

### COUNT 2

On or about February 5, 2023, in the Western District of Tennessee, the defendants,

**DANTONI COLBERT and
EDWARD MATTHEWS**

each aided and abetted by the other, maliciously damaged, by means of fire, a building used in interstate commerce and in activities affecting interstate commerce, that is, the business known as Washington Tax Service, located at 5910 Mt. Moriah Road, Memphis, Tennessee, in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT 3

On or about February 7, 2023, in the Western District of Tennessee, the defendants,

**DANTONI COLBERT and
EDWARD MATTHEWS**

each aided and abetted by the other, maliciously damaged, by means of fire, a building used in interstate commerce and in activities affecting interstate commerce, that is, the business known as Washington Tax Service, located at 4359 Elvis Presley Boulevard, Memphis, Tennessee, in violation of Title 18, United States Code, Sections 844(i) and 2.

2

## COUNT 4

On or about February 7, 2023, in the Western District of Tennessee, the defendants,

**DANTONI COLBERT and
EDWARD MATTHEWS**

each aided and abetted by the other, maliciously damaged, by means of fire, a building used in interstate commerce and in activities affecting interstate commerce, that is, the business known as Washington Tax Service, located at 3517 Ramill Road, Memphis, Tennessee, in violation of Title 18, United States Code, Sections 844(i) and 2.

**TRUE BILL:**

_____
**F O R E P E R S O N**

DATED: _____

_____
**KEVIN G. RITZ
UNITED STATES ATTORNEY**